Andrew P. Fishkin
Steven M. Lucks
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue
New York, NY 10022
(212) 308-4411



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE C FINK FAMILY TRUST BY ITS
TRUSTEE ZALMEN LANDAU

            Plaintiff,

- against -

AMERICAN GENERAL LIFE INSURANCE CO.,

            Defendant.
-----------------------------------------------------------x

Case No.

## AMERICAN GENERAL LIFE INSURANCE COMPANY'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for American General Life Insurance Company ("American General") states that American General is a wholly owned subsidiary of American International Group, Inc., a publicly traded company.

Dated: New York, NY
      December 9, 2010

By: _____
Andrew P. Fishkin
Steven M. Lucks
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
afishkin@eapdlaw.com
slucks@eapdlaw.com

NYC 365642.1