EDWARDS ANGELL PALMER & DODGE LLP
Andrew P. Fishkin
Steven M. Lucks
750 Lexington Avenue
New York, New York 10022
(212) 308-4411
*Attorneys for Defendant*
*American General Life Insurance Co.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

THE C FINK FAMILY TRUST BY ITS
TRUSTEE ZALMEN LANDAU,

                       Plaintiff,

                  v.

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

                       Defendant.

------------------------------------------X

Case No. 10 CV 9230 (JSR)

**NOTICE OF MOTION TO DISMISS OF DEFENDANTS AMERICAN GENERAL LIFE INSURANCE COMPANY**

      PLEASE TAKE NOTICE that upon the attached Declaration of Andrew P. Fishkin, dated February 10, 2011, and the exhibits thereto, the accompanying memorandum of law and all of the pleadings and prior proceedings had herein, defendant American General Life Insurance Company moves this Court for: (i) an order pursuant to Fed. R. Civ. P. 12(b)(1) dismissing this action in its entirety pursuant to the doctrine of declaratory judgment abstention and the first-filed rule; or, in the alternative, an order staying this matter in favor of a first-filed action pending in New Jersey Superior Court.

The briefing schedule of this matter set forth by the Court is as follows:

 February 28, 2011 – Plaintiff's Opposition Papers

 March 9, 2011 – Defendant's Reply Papers

 March 14, 2011 – Oral Argument

Dated: New York, New York
   February 10, 2011

                _/s/_____
                Andrew P. Fishkin
                Steven M. Lucks
                EDWARDS ANGELL PALMER & DODGE LLP
                750 Lexington Avenue
                New York, New York 10022
                212.308.4411
                afishkin@eapdlaw.com
                slucks@eapdlaw.com
                Attorneys for Defendant
                *American General Life Insurance Company*

NYC 369972.1