# EXHIBIT A

**AIG AMERICAN GENERAL**

Life Insurance Application
Part A

☐ American General Life Insurance Company, Houston, TX
☐ The United States Life Insurance Company in the City of New York, New York, NY
☐ AIG Life Insurance Company, Wilmington, DE
*Member companies of American International Group, Inc.*

The insurance company checked above ("Company") is responsible for the obligation and payment of benefits under any policy that it may issue. No other company is responsible for such obligations or payments.

### Personal Information

**1. Primary Proposed Insured**
Name: CHAIM FINK         Social Security #: 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
Sex ☒M ☐F  Birthplace* (state, country): POLAND   Date of Birth: 9/1/30   Current Age: 77
Tobacco Use: Have you ever used any form of tobacco or nicotine products? ☐yes ☒no  If yes, date of last use ____
If yes, type and quantity of tobacco or nicotine products used ____
Driver's License ☐yes ☒no  Number: NONE   License State ____
U.S. Citizen ☒yes ☐no  If no, Date of Entry ____  Visa Type ____  Exp. Date ____
Address: 136 Whythe Pl. #4-C   City, State: Brooklyn, NY   ZIP: 11211
Home Phone: (718) 387-3381  Work Phone: ( )   Email ____
Employer: RETIRED   Occupation ____  Length of Employment ____
Employer Address ____   City, State ____   ZIP ____
Duties ____
Personal Earned Income $ 0   Household Income $ 1,400,000   Net Worth $ 22,750,000
If Primary Proposed Insured is a child or is age 18 or over and not self-supporting, what amount of insurance is in force on any of the following: Spouse $____  Father $____  Mother $____  Siblings $____

**2. Other Proposed Insured**
Name ____   Social Security # ____
Sex ☐M ☐F  Birthplace* (state, country) ____  Date of Birth ____  Current Age ____
Relationship to Primary Proposed Insured ____
Tobacco Use: Have you ever used any form of tobacco or nicotine products? ☐yes ☐no  If yes, date of last use ____
If yes, type and quantity of tobacco or nicotine products used ____
Driver's License ☐yes ☐no  Number ____  License State ____
U.S. Citizen ☐yes ☐no  If no, Date of Entry ____  Visa Type ____  Exp. Date ____
Address ____   City, State ____   ZIP ____
Home Phone ( )   Work Phone ( )   Email ____
Employer ____   Occupation ____  Length of Employment ____
Employer Address ____   City, State ____   ZIP ____
Duties ____
Personal Earned Income $____   Household Income $____   Net Worth $____

### Ownership

**3. A.** Complete if the Primary Proposed Insured is not the Owner (If contingent Owner is required, use Remarks section.)
Name: THE FINK FAMILY TRUST   Social Security or Tax ID #: 26-6319153   # of Birth: 2-13-2008
Address: 1 CATHEDRAL DRIVE   City, State: LAKEWOOD NJ   ZIP: 08701
Home Phone ____   Relationship to Primary Proposed Insured ____
Email ____

**B.** Complete if Owner is a trust (If trustee is premium payor, also complete section 14 D.)
Exact Name of Trust: THE C. FINK FAMILY TRUST   Trust Tax ID #: 26-6319153  pending
Address: 1 CATHEDRAL DRIVE   City, State: LAKEWOOD NJ   ZIP: 08701
Email ____
Current Trustee(s): ZALMEN CAVAN   Date of Trust: 2/13/08
*For identification purposes only

AGLC100585-2005                                Page 1 of 9

CF00028

| Product Information |
|---|

**4. Product Name** *(Complete appropriate supplemental application if applicable.)* Elite UL
Amount Applied For: Base Coverage $ 2,000,000   Supplemental Coverage *(if applicable)* $ _____
Death Benefit Compliance Test Used *(if applicable):* ☐ Guideline Premium ☐ Cash Value Accumulation
Automatic Premium Loan *(if applicable):* ☐ Yes ☐ No   Premium Class Quoted _____
Reason for Insurance  Estate Planning

**5. Dividend Options** *(For participating policy only.)*
☐ Cash ☐ Premium Reduction ☐ Paid-up Additions ☐ Deposit Earning Interest ☐ Other *(Explain)* _____

**6. Premium Allocation** *(For Indexed UL only if applicable.)*
Indicate how each premium received is to be allocated. Total allocations must equal 100%. Use whole percentage only.
Indexed Interest Account _____ %   Excess Interest Account _____ %   Total 100%

**7. Death Benefit Options** *(For UL & VUL only.)* ☐ Option 1 – Level ☐ Option 2 – Increasing ☐ Option 3 – Level Plus Return of Premium

**8. Riders/Benefits**
☐ Child Rider Amount $ _____ (Complete Child Rider Attachment) or ☐ No current children
☐ Waiver of Premium ☐ Waiver of Monthly Deduction ☐ Waiver of Monthly Guarantee Premium
☐ Maturity Extension Rider – Accumulation Value ☐ Maturity Extension Rider – Death Benefit ☐ Terminal Illness Rider
☐ Accidental Death Benefit Amount $ _____ ☐ Other Insured/Spouse Rider Amount $ _____
☐ Disability Income Rider *(Complete the following if DI Rider is requested)*
Number of Units *(1 unit = $100):* _____   Occupational Class *(Please check):* ☐ 1 ☐ 2
☐ Adjustable Return of Premium Rider – *(Provide % of Premium)* _____
☐ Scheduled Increase Rider
☐ Other Riders/Benefits #1 _____   Amount/Unit(s) _____
☐ Other Riders/Benefits #2 _____   Amount/Unit(s) _____

| Beneficiary |
|---|

**9. Primary**   Name THE C. FINK FAMILY TRUST   Relationship _____ Share ____%
Name _____ Relationship _____ Share ____%
Name _____ Relationship _____ Share ____%
Name _____ Relationship _____ Share ____%

**10. Contingent** Name _____ Relationship _____ Share ____%
Name _____ Relationship _____ Share ____%
Name _____ Relationship _____ Share ____%

**11. Trust Information** (if Beneficiary) Exact Name of Trust  THE C. FINK FAMILY TRUST
[funding]  Trust Tax ID # 26-6319153   Current Trustee(s) ZALMEN LANDAU   Date of Trust 2/13/08

**12. Rider Beneficiaries** *(Complete if other than Primary Proposed Insured.)*
Other Insured/Spouse Rider _____ Relationship _____
Child Rider _____ Relationship _____

| Business Coverage |
|---|

**13. Business Insurance Details** *(Complete only if applying for business coverage.)*
Does any Proposed Insured have an ownership interest in the business? ☐ yes ☐ no
If yes, what is the percentage of ownership for the: Primary Proposed Insured _____% Other Proposed Insured _____%
Net Profit of Business $ _____   Fair Market Value of Business $ _____
If buy-sell, stock redemption, or key person insurance, will all partners or key people be covered? ☐ yes ☐ no
Describe any special circumstances. _____

AGLC100695-XXM   Page 2 of 6

## Premium

**14. Premium Payment** ☐ Modal $ _____ ☐ Single $ _____ ☐ Additional Initial $ _____

A. Frequency of modal premium: ☑ Annual ☐ Semi-annual ☐ Quarterly ☐ Monthly *(Bank Draft only)*

B. Method: ☐ Direct Billing ☐ Bank Draft *(Complete Bank Draft Authorization.)* ☐ List Bill Number _____
☐ Credit Card - Initial Premium Only *(Complete Credit Card Authorization.)*
☐ Other *(Please explain.)* _____

C. Amount submitted with application $ _____

D. Premium Payor *(Complete if other than Owner.)*
Name _____ Social Security or Tax ID # _____
Relationship to Primary Proposed Insured _____
Address _____ City, State _____ ZIP _____

## Limited Temporary Life Insurance Eligibility

**15. Health and Age Questions** *(Regarding the Primary Proposed Insured and the Other Proposed Insured under a joint life or survivorship policy, if the correct answer to either question below is "yes" or any question is answered falsely or left blank, coverage is not available under the Limited Temporary Life Insurance Agreement ("LTLIA") and it is void, and any payment submitted will be refunded. Read the LTLIA for additional terms and conditions of coverage.)*

A. Has any Proposed Insured ever had a heart attack, stroke, cancer, diabetes or disorder of the immune system, or during the last two years been confined in a hospital or other health care facility or been advised to have any diagnostic test or surgery not yet performed? ☐ yes ☐ no

B. Is any Proposed Insured age 71 or above? ☐ yes ☐ no

## Existing Coverage

**16. Existing Coverage**

A. Life and Annuity Coverage
Does any Proposed Insured have any existing or pending annuities or life insurance policies? ☐ yes ☑ no
*(If yes, complete the following regarding such annuities or life insurance policies.)*
Type: i = individual, b = business, g = group, p = pending life insurance or annuity

| Name of Proposed Insured | Policy Number | Insurance Company | Type(s) (see above) | Year of Issue | Face Amount | Replace* | 1035 Ex |
|---|---|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ | ☐ yes ☐ no | ☐ yes |
| _____ | _____ | _____ | _____ | _____ | _____ | ☐ yes ☐ no | ☐ yes |
| _____ | _____ | _____ | _____ | _____ | _____ | ☐ yes ☐ no | ☐ yes |
| _____ | _____ | _____ | _____ | _____ | _____ | ☐ yes ☐ no | ☐ yes |

*Replace means that the insurance being applied for may replace, change or use any monetary value of any existing or pending life insurance policy or annuity. If replacement may be involved, complete and submit replacement-related forms. Please note: certain states require completion of replacement related forms even when other life insurance or annuities are not being replaced by the policy being applied for.

B. Disability Coverage *(Complete only if Disability Income Rider coverage requested.)*
Does any Proposed Insured have any existing or pending Disability Insurance policies? ☐ yes ☑ no
*(If yes, complete the following regarding existing and pending disability insurance)*

| Insurance Company | Benefit Amount | Benefit Period | Elimination Period | Year Issued |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

CF00030

| Nonmedical Questions |
|---|

**17. Background Information** (Complete questions A through F. If yes answer applies to any Proposed Insured, provide details specified after each question.)

A. Does any Proposed Insured intend to travel or reside outside of the United States or Canada within the next two years?  ☐ yes ☑ no
(If yes, list country, date, length of stay and purpose.) _____

B. In the past five years, has any Proposed Insured participated in, or does he or she intend to participate in: any flights as a trainee, pilot or crew member; scuba diving; skydiving or parachuting; ultralight aviation; auto racing; cave exploration; hang gliding; boat racing; mountaineering; extreme sports or other hazardous activities?  ☐ yes ☑ no
(If yes, circle or list the applicable activities and complete the Aviation and/or Avocation Questionnaire.) _____

C. Has any Proposed Insured:
1) During the past 90 days submitted an application for life insurance to any company or begun the process of filling out an application?  ☑ yes ☑ no
(If yes, list company name, amount applied for, purpose of insurance and if application will be placed.)
_WAS SHOPED INFORMLY BY SEVRAL COMPANYS_

2) Ever had a life or disability insurance application modified, rated, declined, postponed, withdrawn, canceled or refused for renewal?  ☐ yes ☑ no
(If yes, list date and reason.) _____

D. Has any Proposed Insured ever filed for bankruptcy?  ☐ yes ☑ no
(If yes, list chapter filed, date, reason and discharge date.) _____

E. In the past five years, has any Proposed Insured been charged with or convicted of driving under the influence of alcohol or drugs or had any driving violations?  ☐ yes ☑ no
(If yes, list date, state, license no. and specific violation.) _____

F. Has any Proposed Insured ever been convicted of or pled guilty or no contest to a criminal offense or currently have any felony or misdemeanor charge pending?  ☐ yes ☑ no
(If yes, list date, state and charge.) _____

| Remarks |
|---|

**18. Details and Explanations** _____

American General Life Insurance Company, Houston, TX      AIG Life Insurance Company, Wilmington, DE
The United States Life Insurance Company in the City of New York, New York, NY

The above listed life insurance company ("Company") as selected on page one of this application is responsible for the obligation and payment of benefits under any policy that it may issue. No other company is responsible for such obligations or payments.

## Agreement, Authorization to Obtain and Disclose Information and Signatures

I, the Primary Proposed Insured and Owner signing below, agree that I have read the statements contained in this application and any attachments or they have been read to me. They are true and complete to the best of my knowledge and belief. I understand that this application: (1) will consist of Part A, Part B, and if applicable, related attachments including supplement(s) and addendum(s); and (2) shall be the basis for any policy and any rider(s) issued. I understand that any misrepresentation contained in this application and relied on by the Company may be used to reduce or deny a claim or void the policy if: (1) such misrepresentation materially affects the acceptance of the risk; and (2) the policy is within its contestable period.

Except as may be provided in any Limited Temporary Life Insurance Agreement, I understand and agree that even if I paid a premium no insurance will be in effect under this application, or under any new policy or any rider(s) issued by the Company, unless or until all three of the following conditions are met: (1) the policy has been delivered and accepted; and (2) the full first modal premium for the issued policy has been paid; and (3) there has been no change in the health of any Proposed Insured(s) that would change the answers to any questions in the application before items (1) and (2) in this paragraph have occurred. I understand and agree that if all three conditions above are not met: (1) no insurance will begin in effect; and (2) the Company's liability will be limited to a refund of any premiums paid, regardless of whether loss occurs before premiums are refunded.

Limited Temporary Life Insurance Agreement ("LTLIA") – If I have received and accepted the LTLIA, I understand and agree that such insurance is available only on the life of the Primary Proposed Insured under the life policy (and the Other Proposed Insured under a joint and survivorship life policy, if applicable) and only if the following four conditions are met: (1) the full first modal premium is submitted with this application and paid; and (2) only "no" answers have been truthfully given to the Health and Age Questions in section 15; and (3) Part A and Part B of the application must be completed, signed and dated; and (4) all medical exam requirements must be satisfied. I understand and agree that such insurance is not available with any riders or any accident and/or health insurance.

I understand and agree that no agent is authorized to: accept risks or pass upon insurability; make or modify contracts; or waive any of the Company's rights or requirements.

I have received a copy or have been read the Notices to the Proposed Insured(s).

I give my consent to all of the entities listed below to give to the Company, its legal representatives, American General Life Companies LLC ("AGLC") (an affiliated service company), and affiliated insurers all information they have pertaining to: medical consultations; treatments; surgeries; hospital confinements for physical and/or mental conditions; use of drugs or alcohol; drug prescriptions; or any other information for me, my spouse or my minor children. Other information could include items such as: personal finances; habits; hazardous avocations; motor vehicle records from the Department of Motor Vehicles; court records; or foreign travel, etc. I give my consent for the information outlined above to be provided by: any physician or medical practitioner; any hospital, clinic or other health care facility; pharmacy benefit manager or prescription database; any insurance or reinsurance company; any consumer reporting agency or insurance support organization; my employer; or the Medical Information Bureau (MIB).

I understand the information obtained will be used by the Company to determine: (1) eligibility for insurance; and (2) eligibility for benefits under an existing policy. Any information gathered during the evaluation of my application may be disclosed to: reinsurers; the MIB; other persons or organizations performing business or legal services in connection with my application or claim; me; any physician designated by me; or any person or entity required to receive such information by law or as I may further consent.

I, as well as any person authorized to act on my behalf, may, upon written request, obtain a copy of this consent. I understand this consent may be revoked at any time by sending a written request to the Company, Attn: Underwriting Department at P.O. Box 1931, Houston, TX 77251-1931. This consent will be valid for 24 months from the date of this application. I agree that a copy of this consent will be as valid as the original. I authorize AGLC or affiliated insurers to obtain an investigative consumer report on me. I understand that I may request to be interviewed for the report; and receive, upon written request, a copy of such report. ☐ Check if you wish to be interviewed.

---

**IRS Certification:** Under penalties of perjury, I certify: (1) that the number shown on this application is my correct Social Security or Tax ID number; and (2) that I am not subject to backup withholding under Section 3406(a)(1)(C) of the Internal Revenue Code; and (3) that I am a U.S. person (including a U.S. resident alien). The Internal Revenue Service does not require my consent to any provisions of this document other than the certifications required to avoid backup withholding. You must cross out item (2) if you are subject to backup withholding and cross out item (3) if you are not a U.S. person (including a U.S. resident alien).

---

Proposed Insured(s)/Owner Signature

Signed at (city, state) _LAKEWOOD, NJ_      On (date) _APRIL 7, 2008_

Primary Proposed Insured X _[signature]_
(If under age 15, signature of parent or guardian)

Other Proposed Insured X _____
(If under age 15, signature of parent or guardian)

Owner (if other than Primary Proposed Insured) X _[signature]_

Agent(s) Signature(s)
I certify that the information supplied by the Primary Proposed Insured(s)/Owner has been truthfully and accurately recorded on the Part A application.

Writing Agent Name (please print) _BG PLANNING_      Writing Agent # _____

Writing Agent Signature X _[signature]_      Countersigned _____
                                              (Licensed resident agent if state required)

AGLC100592-2005                 Page 5 of 5

CF00032