# EXHIBIT B

## Agent's Report

**1. Statements**

A. Number of years you have known Primary Proposed Insured: _MET BY SOLICITATION_
   Other Proposed Insured: _____

B. Does any Proposed Insured have any existing or pending annuities or life insurance policies? ☐ yes ☒ no
   If yes, do you have any information that indicates that any Proposed Insured may replace, change, or use any monetary value of any existing or pending life insurance policy or annuity with any company in connection with the purchase of insurance? ☐ yes ☐ no
   *(If yes, please provide details in the Remarks section below and attach all replacement-related forms. Certain states require completion of replacement-related forms even when other life insurance or annuities are not being replaced by the policy being applied for.)*

C. Are you aware of any other information that would adversely affect any Proposed Insured's eligibility, acceptability, or insurability? *(If yes, please provide details in the Remarks section below, and do not provide limited temporary life insurance.)* ☐ yes ☒ no

D. Did you provide the Owner with a Limited Temporary Life Insurance Agreement? ☐ yes ☒ no

**2. Remarks, Details and Explanations** *(Please include information on any collateral assignment, etc.)*

_____

**3. Commission, Agent/Agency Information** *(Please list servicing agent first.)*

| Agent(s) to Receive Commission | Agency Number | Agent Number | Percent of Split |
|---|---|---|---|
| Israel Biller | B9700 | pending | % |
| | | | % |
| | | | % |
| | | | % |

Writing Agent Name (Please print) _BG PLANNING_   Date _APRIL 4, 2008_
Writing Agent Signature X _I. Biller_
State License # _____   Phone # _718 436-4085_
Email _IsraelB@BGPLANNING.com_   Fax # _____

---

**For Home Office use**
Processing Center _AMG, INC_   Contact Person _Helene Colon_   Phone # _717-738-3134_
Servicing Agent (if other than writing agent) send policy/delivery requirements to _AMG, Inc_
_1755 Live Oak Lane_
_Atlantic Beach, FL 32233_
_Attn: Helena Colon_

AGLC100266-2008   Page 6 of 6