# EXHIBIT D

AIG - SENIOR MARKET COMPREHENSIVE INSPECTION
Ordered: 05/13/2008

ExamOne Order #16347137
Completed: 05/14/2008

Company ID: 329, American General Life - Houston - IR
Policy No: U10061721L
Requester Name: MAREDITH CABRIAS

Insurance: $8,500,000 Life
Agent Name: ISRAEL BILLER
Routing Num:

Name: FINK, CHAIM
Address: 626 WYTHE PL, APT. APT #4-C
BROOKLYN, NY 11211-
Phone h: 718-387-2381 b:
SSN: 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
DOB: 09/01/1930
Marital: WIDOWED
License Num: (NY)
Employer Name:
Address:
Occupation: RETIRED
Beneficiary: THE FINK FAMILY TRUST(Trust)

REPORT SUMMARY

| Description | Outcome | Emp/Rev |
|---|---|---|
| Credit Report Raw | Previously Handled | /164 |
| AIG - 71+ Inspection | Complete with contact | 11246/164 |
| AIG - EMST Online Exercise | Complete with contact | 11246/164 |
| Income & Net Worth Quest | Complete with contact | 11246/164 |
| Accountant Quest | Complete with contact | 1091/164 |
| Banker Quest | Complete with contact | 11246/164 |
| Credit Report Summary | Previously Handled | /164 |

REPORT COMMENTS
LicState: has changed from to NY
MaritalStatus: has changed from to Widowed

*AIG - 71+ INSPECTION*

Outcome: Complete with contact
Source: Applicant

1. What is your marital status?
   WIDOWED

2. How long have you been widowed?
   3 YEARS

3. What is your current address?
   626 WYTHE PL APT 4-C BROOKLYN, NY 11211

4. Is this a: house, apartment, condominium, retirement village, convalescent home, managed care facility, or other?
   CONDOMINIUM

5. DO NOT ASK: Did the applicant say House, Apartment, Condominium, or Retirement Village? Yes _X_ No ___

6. Do you live alone? Yes _X_ No ___



CF00069

FINK, CHAIM LabOne # 16347137

7. How long have you lived alone?
   3 YEARS

8. Do you receive any home care services? Yes ___ No _X_

9. Are you considering moving or do you have plans to move to a new living arrangement in the near future? Yes ___ No _X_

10. In case of an emergency or illnes, who would be contacted to assist you?
    ONE OF APP'S CHILDREN

11. Name:
    SOLOMON FINK, MIRIAM MOSKOWITZ, HINDA LANDAU

12. Relationship:
    SON, DAUGHTER, DAUGHTER

13. Have you recently lost a loved one? Yes ___ No _X_

14. Do you care for a pet? Yes ___ No _X_

15. Do you participate in any mental activities such as crossword puzzles, card games, chess, sudokus, computer games, etc? Yes ___ No _X_

16. Do you participate in any sports or physical fitness activities? Yes _X_ No ___

17. What type of activity(ies)?
    WALKING

18. How often do you participate?
    TWICE DAILY

19. In the last 12 months, have you traveled within the United States? Yes _X_ No ___

20. How frequently?
    ONCE EVERY 2 MONTHS

21. Do you have any hobbies? Yes _X_ No ___

22. What type of hobby(ies)?
    BIBLICAL STUDIES

23. How often do you participate?
    DAILY

24. Do you participate in social activies such as playing cards, games or going to the movie with a friend or family member? Yes ___ No _X_

25. Are you actively involved with any community, religious or other similar activities? Yes _X_ No ___

26. What activity(ies)?
    HELPS RAISE MONEY FOR COMMUNITY AND ACTIVELY INVOLVED IN SSHOOL

27. How often?
    VARIES DEPENDING ON CIRCUMSTANCE AND DAILY

28. Are you currently employed? Yes ___ No _X_

29. Have you recently discontinued any activities? Yes ___ No _X_

30. What is your source of income?
    REAL ESTATE

31. What is your net worth?
    $22,000,000 PLUS

32. Do you have any other insurance in force or have you applied for any other insurance in the last 12 months? Yes ___ No _X_

33. Do you expect to keep this new life insurance policy for at least five years? Yes _X_ No ___

34. Are you, or the person paying the premiums, borrowing all or part of the premium to pay for this policy? Yes ___ No _X_

35. Do you expect the death benefits from this policy to go to your heirs or designated benefeciaries? Yes _X_ No ___

36. Have you received cash payment, borrowed funds in excess of the scheduled premium payments or received some other benefit to acquire this policy? Yes ___ No _X_

37. Is there any agreement to transfer ownership of this policy or is there an option or right of first refusal to transfer the policy to another person or entity? Yes ___ No _X_

38. Do you drive a car or other motor vehicle? Yes ___ No _X_

39. When did you stop driving?
    APP HAS NEVER DRIVEN

40. Why did you stop driving?
    N/A

41. Do you receive assistance with managing your routine financial matters such as paying bills and balancing your checkbook? Yes ___ No _X_

42. Do you require the assistance of another person or routinely have someone else present when cooking? Yes ___ No _X_

43. How many meals do you typically eat a day?
    3

44. Do you require the assistance of another person or routinely have someone else present when taking your medicine? Yes ___ No _X_

45. Do you require the assistance of another person to clean your home? Yes ___ No _X_

46. Do you require the assistance of another person or routinely have someone else present when grocery shopping? Yes ___ No _X_

47. Do you require the assistance of another person to get around outside your home? Yes ___ No _X_

48. Do you require the assistance of another person to get around inside your home? Yes ___ No _X_

49. Do you require the assistance of another person or routinely have someone else present when you bathe? Yes ___ No _X_

50. Do you require the assistance of another person or routinely have someone else present when you get in or out of bed or a chair? Yes ___ No _X_

51. Do you require the assistance of another person or routinely have somone else present when you get dressed? Yes ___ No _X_

52. Do you require the assistance of another person or routinely have someone else present when you use the toilet? Yes ___ No _X_

53. Do you require the assistance of another person when eating? Yes ___ No _X_

54. Have you used cigars, cigarettes, pipe, chew, or snuff in the last 12 months? Yes ___ No _X_

55. Have you ever used tobacco in any form? Yes ___ No _X_

56. Has your weight changed 10 pounds or more in the last year? Yes ___ No _X_

57. When was the last time you saw a doctor?
2007

58. What was the doctor's name?
DR. KABAKOV; PHONE UNKNOWN; EAST 1ST ST.; MANHATTAN, NY

59. What was your last appointment for?
GENERAL CHECK UP; SELF SATISFACTION

60. Do you take medications? Yes ___ No _X_

61. Do you drink alcohol (e.g., beer, wine, hard liquor/mixed drinks)? Yes ___ No _X_

FINK, CHAIM LabOne # 16347137

62. In the last 12 months, have you had to use a cane, walker or wheel chair? Yes ___ No _X_

63. Have you fallen down in the last 12 months? Yes ___ No _X_

64. In the last 12 months have you lost your balance? Yes ___ No _X_

65. In the last 12 months, have you had any accidents of any kind? Yes ___ No _X_

66. In the last 24 months, did you experience chronic fatigue or pain? Yes ___ No _X_

67. In the last 24 months, did you ever feel depressed, sad or hopeless? Yes ___ No _X_

68. In the last 24 months, did you ever have trouble sleeping at night? Yes ___ No _X_

69. In the past 24 months, did you ever experience forgetfulness, memory loss or confusion? Yes ___ No _X_

70. In the past 12 months, have you experienced slurred speech and/or fuzzy vision? Yes ___ No _X_

71. Do you regularly use glasses and/or contact lenses? Yes _X_ No ___

72. Do you have difficulty seeing while using your glasses or contact lenses? Yes ___ No _X_

73. Do you ever hide medical or other problems that may be bothering you? Yes ___ No _X_

74. Special Attention
APP HAS NEVER HAD A DRIVER'S LICENSE

*AIG - EMST ONLINE EXERCISE*

Outcome: Complete with contact
Source: Applicant

1. INTERVIEWER: Has the online EMST portion of the interview been completed? Yes _X_ No ___

2. INTERVIEWER: Was this interview conducted in Spanish? Yes ___ No _X_

3. Special Attention

*INCOME & NET WORTH QUEST*

Outcome: Complete with contact
Source: Applicant

FINK, CHAIM LabOne # 16347137

| | | | | |
|---|---|---|---|---|
| Earned: | Salary | 0 | | |
| | Bonus | 0 | | |
| | Commission | 0 | | |
| | Other Earned | 0 | | |
| | Total Earned Income | | $0 | |
| Unearned: | Dividends | 75,000 | | |
| | Interest | Included | | |
| | Net Rentals | 1,700,000 | | |
| | Other Unearned | 0 | | |
| | Total Unearned Income | | $1,775,000 | |
| | Total Income | | | $1,775,000 |
| Assets: | Real Estate | 22,000,000 | | |
| | Car(s) | 0 | | |
| | Stocks / Bonds | 800,000 | | |
| | Business Equity | 0 | | |
| | Personals | 800,000 | | |
| | Pensions | 0 | | |
| | Cash in Bank | 350,000 | | |
| | Other Assets | 0 | | |
| | Total Assets | | $23,950,000 | |
| Liabilities: | Mortgages | 2,000,000+ | | |
| | Car Loans | 0 | | |
| | Secured Loans | 0 | | |
| | Personal Notes | 0 | | |
| | Accounts Payable | 0 | | |
| | Other Liabilities | 0 | | |
| | Total Liabilities | | $2,000,000 | |
| | Net Worth | | | $21,950,000 |

*ACCOUNTANT QUEST*

Outcome: Complete with contact
Source: Accountant
Time Known:
Name: Ganfreid Aron
Phone: 718-871-4859
Title: Accountant
Company: ANG TAX EXPERTS
Address: 3904 15TH AVENUE
BROOKLYN, NY 11218-____

1. How long have you been providing accounting services to the applicant?
   5 YEARS

2. Do you provide personal and/or business accounting services?
   PERSONAL AND BUSINESS

3. Do you provide tax returns and/or financial statements for personal and/or business?
   TAX RETURNS FOR BUSINESS AND PERSONAL

4. Would you verify the income of the applicant?

$1,725,000 GROSS 2007

5. Would you verify the net worth of the applicant?
   $23,875,000

6. Do you know of any suits, judgments, liens or bankruptcies against the applicant?
   NO

*BANKER QUEST*

Outcome: Complete with contact
Source: Banker
Time Known:
Name:
Phone:
Title:
Company: Apple Bank

1. How long has the applicant been affiliated with your bank?
   APP STATED THAT HE DOES NOT HAVE A BANKER

*Credit Report Summary*

Outcome: Previously Handled

AS OF 04/17/2008 PER REPORTING AGENCIES OF TRANS UNION AND EQUIFAX NO CREDIT HISTORY AVAILABLE