# EXHIBIT F

## PROOF OF SERVICE

On July 6, 2010, I the undersigned, being over the age of 18, served the within Summons by delivering a copy thereof to the person named therein and by tendering to such person the attendance fee of $ — and mileage of $ — as allowed by law.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Address of Service:
74 Whisper ct
Lakewood, N.J

Dated: 7/6, 2010

_Ken Cattlaw_

RECEIVED & FILED

JUL 2 1

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Robert P. Lesko
33 Washington Street
Newark, New Jersey 07102-3017
(973) 624-0800 ph.
(973) 624-0799 fx.
Attorneys for Plaintiff, American General Life Insurance Company

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: OCEAN COUNTY DOCKET NO: |
| Plaintiff, | |
| vs. | SUMMONS |
| CHAIM FINK, the C. FINK FAMILY TRUST, ZALMEN LANDAU, as Trustee of the C. FINK FAMILY TRUST, ISRAEL BILLER, and JOHN DOES 1-10. | |
| Defendants. | |

FROM THE STATE OF NEW JERSEY
TO THE ABOVE NAMED DEFENDANT(S):

Israel Biller
215 E 5th Street
Lakewood, NJ

    The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

1012251.1

RECEIVED & FILED

JUL 2 1

If you cannot afford an attorney, you may call the Legal Services office in the county where you live, or the county in which the action is pending. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling the Lawyer Referral Service in the county where you live, the county in which the action is pending, or if there is none, the Lawyer Referral Service of an adjacent county. A list of these numbers is also provided. If you are not a resident of this State you should call the Legal Service or Lawyer Referral Service of the county in which the action is pending.

/s/ Jennifer M. Perez
Jennifer M. Perez
Acting Clerk of the Superior Court

DATED: June 28, 2010

Name/Address of Defendant to be Served:   Israel Biller
215 E 5th Street
Lakewood, NJ

2

1012251.1