# EXHIBIT J

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Robert P. Lesko
Karen D. Peck
33 Washington Street
Newark, New Jersey 07102-3017
(973) 624-0800 ph.
(973) 624-0799 fx.
**Attorneys for Plaintiff, American General Life Insurance Company**

FILED
JAN 7 2011
CHAMBERS OF JUDGE FOSTER
OCEAN COUNTY SUPERIOR COURT

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> CHAIM FINK, the C. FINK FAMILY TRUST, ZALMEN LANDAU, as Trustee of the C. FINK FAMILY TRUST, ISRAEL BILLER, and JOHN DOES 1-10. <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION: OCEAN COUNTY <br> DOCKET NO: OCN-L-001954-10 <br><br> **ORDER TO RESTORE COMPLAINT AS AGAINST C. FINK FAMILY TRUST** |

This matter, having been brought before the Court on the motion of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, attorneys for plaintiff, American General Life Insurance Company to restore the Complaint as against Defendant the C. Fink Family Trust, and the Court having reviewed the moving papers and any opposition thereto, and for good cause shown;

IT IS on this 7th day of January, 2011,

**ORDERED AS FOLLOWS:**

1. The Complaint as against Defendant the C. Fink Family Trust, is hereby restored to the Court's active docket and the Clerk of the Court is So Ordered to restore the Complaint as against Defendant the C. Fink Family Trust; and

1093309.1

2.  Plaintiff, American General Life Insurance Company shall serve a copy of this Order on all parties of record within ten (10) days of the entry of this Order.

RECEIVED JAN 1 9 2011

_____
Hon. Joseph L. Foster, J.S.C.

_____Opposed

_____Unopposed

1093309.1