# EXHIBIT K

Affidavit of Service

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CHAIM FINK, the C. FINK FAMILY TRUST, ZALMEN LANDAU, as Trustee of the C. FINK FAMILY TRUST, ISRAEL BILLER, and JOHN DOES 1-10.<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: OCEAN COUNTY<br>DOCKET NO:<br><br><br><br>SUMMONS |

State of New York, County of New York.   ss.:

I Wanda Corsino,, being duly sworn, deposes and says that deponent is not a party to the action or proceeding, is over 18 years of age and resides at 765 Riverside Dr. New York, NY 10032

That on August 17, 2010, at 8:57 a.m. at 1178 59th Street, Apt. 1-T Brooklyn, NY 11219 Deponent, Wanda Corsino, served the Summons by affixing a true copy of each to the door of said premises, 1178 59th Street, Apt.1-T, Brooklyn, NY, which is defendant's, Zalmen Landau's, dwelling place, within the state.

Within 20 days of such affixing, deponent enclosed a copy of Summons in a postpaid envelope properly addressed to Zalmen Landau at last known residence, at 1178 59th Street, Apt. 1-T Brooklyn, NY 11219-4999 on August 17, 2010 and deposited said envelope in an official depository under exclusive care and custody of the U.S. postal service within New York State. One envelope was deposited in regular mail and one envelope was deposited in certified mail with return receipt.

The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

Sworn to before me on 31st August 2010

_____
Notary Public

EDNA CARTER
Notary Public, State of New York
No. 01CA6092585
Qualified in Bronx County
Commission Expires May 27, 2011

_____
Wanda Corsino
099/309