# EXHIBIT O

AMERICAN CLERICAL SERVICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

The C Fink Family Trust by its trustee Zalmen Landau,

      Plaintiff,

vs.

American General Life Insurance Co.,

      Defendant.

---

Index No.: 114460/10

Plaintiff designates New York County as the place of trial

The Basis of Venue is Defendant's Place of Business and the place where the events occurred

**SUMMONS**

Plaintiff resides at: 626 Wythe Place, Apt. 4C, Brooklyn, NY 11211

TO THE ABOVE NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorneys within twenty (20) days after the service of this summons, exclusive of the date of service (or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
November 2, 2010

      SCHINDEL, FARMAN, LIPSIUS,
      GARDNER & RABINOVICH LLP
      Attorneys for Plaintiff

By: _____
    David BenHaim, Esq.
    14 Penn Plaza, Suite 500
    New York, New York 10122
    (212) 563-1710
    File No.: 4421.0001

NEW YORK
COUNTY CLERK'S OFFICE
NOV 4 2010
NOT COMPARED
WITH COPY FILE

Defendant's address:

American General Life Insurance Company
2929 Allen Parkway
Houston, TX 77019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| The C Fink Family Trust by its trustee Zalmen Landau, <br><br> Plaintiff, <br><br> vs. <br><br> American General Life Insurance Co., <br><br> Defendant. | Index No.: <br><br> COMPLAINT FOR DECLARATORY JUDGMENT |

Plaintiff, The C Fink Family Trust by its trustee Zalmen Landau ("Fink Trust"), by its attorneys, Schindel Farman, Lipsius, Gardner & Rabinovich LLP, for its complaint for declaratory relief, states:

### ALLEGATIONS APPLICABLE TO ALL CAUSES OF ACTION

1. Fink Trust is a New York trust formed and governed under the rules of New York.

2. American General Life Ins. Co. ("AIG") is a Texas insurance corporation that regularly sells policies insuring the life of New York residents.

3. On or about May 22, 2008 defendant issued Life Insurance policy number U10061721L insuring the life of Chaim Fink (hereinafter the "Policy").

4. The Fink Trust is the owner of the Policy.

5. Defendant, by letter dated April 22, 2010, notified plaintiff that the Policy was entering the grace period and that if premium payments in the amount of $100,166.66 were not made on or before June 22, 2010 then the Policy would lapse for failure to pay premiums. Exhibit A.

6. On June 15, 2010 Fink Trust paid $100,200 in premium payments Exhibit B.

7. Defendant, by letter dated July 14, 2010, notified plaintiff that the Policy was entering the grace period and that if premium payments in the amount of $100,166.66 were not made on or before September 13, 2010 then the Policy would lapse for failure to pay premiums. Exhibit C.

8. On September 1, 2010, Fink trust paid $100,500 in premium payments. Exhibit C.

9. Defendant, by letter dated July 15, 2010 declared the policy lapsed for non-payment of premium. Exhibit D.

## AS FOR A FIRST CAUSE OF ACTION

10. The premium payments were made in accordance with the policy terms and the premium notices sent by Defendant.

11. Defendant failed to send notice of cancellation in accordance with the terms of the Policy.

12. Defendant failed to send notice of cancellation in accordance with the law.

13. Defendant is estopped from canceling the Policy.

14. Defendant has waived its right to cancel the Policy.

15. Under case law or applicable statute, defendant's attempted cancellation of the Policy is unlawful.

16. By reason of the foregoing, plaintiff is entitled to a declaration that the Policy is in full force and effect, and to a declaration requiring defendant to reinstate the Policy.

17. No claim has been made under the Life Insurance Policies, as the insured person, Chaim Fink is alive.

18. Plaintiff is entitled to a declaration that the denial of coverage is null and void.

WHEREFORE, Plaintiff demand judgment of this Court against defendant, declaring the Policy is in full force and effect, the Policy must be reinstated at the original premium rate;

the denial of coverage by defendant is null and void, and awarding plaintiff's costs of suit, attorneys' fees, and such other relief as the Court may deem proper and just.

Dated: New York, New York
       November 2, 2010

                                  SCHINDEL, FARMAN, LIPSIUS,
                                  GARDNER & RABINOVICH LLP
                                  Attorney for Plaintiff

By: _____
     David BenHaim
     14 Penn Plaza, Suite 500
     New York, New York 10122
     (212) 563-1710
     File No.: 4421.0001

American General
Life Insurance Company
*Member of American International Group, Inc.*
PO BOX 4373 HOUSTON, TX 77210-4373
713/522-1111

 AMERICAN GENERAL

C-44001,040,0,AUTOGEN1

April 22, 2010

**GRACE PERIOD NOTICE**

THE C FINK FAMILY TRUST DATED 02-13-08
C/O ZALMEN LANDAU, TRUSTEE
626 WYTHE PL APT 4C
BROOKLYN NY  11211-6978

Policy Number:  U100617211
Insured:         CHAIM FINK

Even though you may have been making regular premium payments on your policy, the current values are insufficient to cover the monthly charges due April 22, 2010. This policy is in its grace period and will terminate without value unless a payment of $100,166.66 is received prior to June 22, 2010.

The minimum quarterly premium required is 103,680.00. If your billing amount is less than this amount, future billings will be adjusted upon receipt of your grace period payment. If your policy has a loan, please pay your loan interest due. Your policy may have gone into grace due to unpaid loan interest.

We appreciate the confidence you have shown in us, and we thank you for your business. If you have any questions or need additional assistance, please contact your servicing agent:

        Israel O Biller
        1250 E Coast Dr
        Atlantic Beach Fl  32233-5520

or our Customer Service Center at 1-800/231-3655 or 1-888/436-5256 for Hearing Impaired/TDD.

B9700 / 000BL9855L

THE C FINK FAMILY TRUST                                             113
                                                                    1-100/210

                                    06/15/2010
                                    _____
                                         Date

Pay to the
Order of  American General Life Insurance company  | $ 100,200 **
one hundred thousand two hundred dollars _____ Dollars

**HSBC** ⟨X⟩
Brooklyn, NY 11219

For Chaim Fink #U100617211        [signature]

⑇021001088⑇671757512⑇ 0113

---

PLEASE RETURN THIS PART    April 22, 2010

American General
Life Insurance Company              Policy No:  U100617211
P.O. Box 4373 Houston, TX 77210-4373  Insured:   Chaim Fink

                         GRACE PERIOD NOTICE

The C Fink Family Trust Dated 02-13       Pay This Amount:  $100,166.66
C/o Zalman Landan, Trustee
626 Wythe Pl Apt 4c                        Amount Enclosed: $ 100,200.00
Brooklyn NY  11211-6978

IF THE REQUIRED PAYMENT HAS ALREADY BEEN MAILED, PLEASE DISREGARD THIS NOTICE.

Fax Server           10/6/2010 2:52:40 PM   PAGE   1/001   Fax Server

---

HSBC Bank USA, N.A. - Image Archive

---

Photocopy

THE C FINK FAMILY TRUST                  EXPRESS           113 2
                                                           1-108/210

                                         06/15/2012
                                                    Date

Pay to the
Order of  American General Life Insurance company    $ 100,200 00

one hundred thousand two hundred dollars             Dollars

HSBC
Brooklyn, NY 11219
For Chaim Fink #U100617211

⑈021001088⑈671757512⑈   0113         ⑈00100200000⑈

FOR       3031100289
DEPOSIT CITIBANK, N.A.
ONLY NEW CASTLE DE

| Account Number | Date Posted | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|
| 00000000671757512 | 06/18/2010 | 0000000113 | 100200.00 | 7816268283 | 000113 |

American General
Life Insurance Company
*Member of American International Group, Inc.*
PO BOX 4373 HOUSTON, TX 77210-4373
713/522-1111

 **AMERICAN GENERAL**

C-44001;040;0;AUTOGEN

July 14, 2010

**GRACE PERIOD NOTICE**

THE C FINK FAMILY TRUST DATED 02-13-08
C/O ZALMEN LANDAU, TRUSTEE
626 WYTHE PL APT 4C
BROOKLYN NY 11211-6978

Policy Number: U10061721L
Insured: CHAIM FINK

Even though you may have been making regular premium payments on your policy, the current values are insufficient to cover the monthly charges due July 14, 2010. This policy is in its grace period and will terminate without value unless a payment of $100,166.66 is received prior to September 13, 2010.

The minimum quarterly premium required is 103,600.00. If your billing amount is less than this amount, future billings will be adjusted upon receipt of your grace period payment. If your policy has a loan, please pay your loan interest due. Your policy may have gone into grace due to unpaid loan interest.

We appreciate the confidence you have shown in us, and we thank you for your business. If you have any questions or need additional assistance, please contact your servicing agent:

Israel O Biller
1250 E Coast Dr
Atlantic Beach Fl 32233-5520

or our Customer Service Center at 1-800/231-3655 or 1-888/436-5256 for Hearing Impaired/TDD.

B9700 / 000BL9855L

---

**PLEASE RETURN THIS PART**   July 14, 2010

American General
Life Insurance Company
P.O. Box 4373 Houston, TX 77210-4373

Policy No: U10061721L
Insured: Chaim Fink

**GRACE PERIOD NOTICE**

The C Fink Family Trust Dated 02-13
C/o Zalmen Landau, Trustee
626 Wythe Pl Apt 4c
Brooklyn Ny 11211-6978

Pay This Amount: $100,166.66
Amount Enclosed: $ _____

IF THE REQUIRED PAYMENT HAS ALREADY BEEN MAILED, PLEASE DISREGARD THIS NOTICE.

---

**THE C FINK FAMILY TRUST**                                                           119

Date: 09/01/2010

Pay to the Order of: American General                                 $ 100,500 ⁰⁰/₁₀₀

one hundred thousand five hundred dollars — Dollars

**HSBC** ⟨X⟩
Brooklyn, NY 11219

For: policy # U10061721L     EXPRESS

⑆021001088⑆ 871757512⑈ 0119      ⑆00100500000⑆

---

FOR DEPOSIT CITIBANK, N.A. ONLY NEW CASTLE DE

0020290903

---

```
09/21/10  09:10:15  7818180054   01
WS=VP1  OP=VP  NODE=DIDS
20100920660230         1  ROLL=20100908-8
PRASHMITA       671757512
00010050000 0000000119
```

NAME NOT AVAILABLE FROM CIF
1524 39TH ST
BROOKLYN, NY 11218-4414

 **AMERICAN GENERAL**

C-44002,040,0,AUTOGEN1

American General Life Insurance Company
Member of American International Group, Inc.
P.O. Box 4373 Houston, Texas 77210-4373
713/522-1111

July 15, 2010

THE C FINK FAMILY TRUST DATED 02-13-08
C/O ZALMEN LANDAN, TRUSTEE
626 WYTHE PL APT 4C
BROOKLYN NY 11211-6978

Policy Number: U10061721L
Policyowner: The C Fink Family Trust Dated 02-13-08
Insured: Chaim Fink

This letter is to advise you of important developments regarding your American General Life policy.

The value of your policy was not sufficient to cover the minimum required monthly premium. Your grace period has also expired and your policy has now lapsed for non-payment of premium. If this was an oversight, you may apply to restore all of the earned benefits, features and privileges your policy provided. To request reinstatement requirements, place a check mark in the space below and return this letter to our office.

\_\_\_\_ Yes, I wish to reinstate my policy. Please send me the necessary reinstatement requirements.

American General Life has a continuing interest in helping you plan your financial security. If there are other ways in which we may serve you or other members of your family, please contact your servicing agent:

Israel O Biller
1250 E Coast Dr
Atlantic Beach Fl 32233-5520

or our Customer Service Center at 1-800/231-3655 or 1-888/436-5256 for Hearing Impaired/TDD.

Sincerely,

Policy Administration

cc: Israel O Biller
    B9700 / 000BL9855L