# EXHIBIT Q

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE C FINK FAMILY TRUST BY ITS
TRUSTEE ZALMEN LANDAU,

         Plaintiff,

v.

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

         Defendant.

Case No.: 10-cv-9230 (JSR)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED and agreed by and between the attorneys for defendant American General Life Insurance Company ("American General") and the attorneys for plaintiff, that the time within which American General may answer or otherwise move with respect to the complaint in this action is hereby extended through and including January 20, 2011. This stipulation can be signed in counterparts.

EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant

By: _____
Andrew P. Fishkin
Steven M. Lucks

Dated: January  , 2010

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH LLP
Attorneys for Plaintiff

By: _____
David BenHaim

Dated: January 6, 2010

SO ORDERED:

_____
Hon. Jed S. Rakoff, U.S.D.J.

Dated: January 10, 2011

NYC 366162.1