UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The C Fink Family Trust by its trustee Zalmen Landau,<br><br>                      Plaintiff,<br><br>vs.<br><br>American General Life Insurance Co.,<br><br>                      Defendant. | Case No.: 10-cv-9230 (JSR)<br><br>**AFFIRMATION** |

      **David BenHaim**, an attorney duly admitted to practice law in the courts of the State of New York, affirms the following to be true under penalty of perjury:

      1.    I am a member of Schindel, Farman, Lipsius, Gardner & Rabinovich LLP, attorneys for plaintiff.

      2.    Annexed hereto as Exhibit A is a copy of the complaint in this action.

      3.    Annexed hereto as Exhibit B is a copy of the complaint in the New Jersey rescission action.

      4.    Annexed hereto as Exhibit C is a copy defendants' motion to dismiss the New Jersey rescission action.

      5.    Annexed hereto as Exhibit D are copies of demands for premium submitted by American General to Plaintiff.

      6.    Annexed hereto as Exhibit E are copies of checks paying premiums from March 2010 through December 2010.

      7.    Annexed hereto as Exhibit F is a copy of the documents mailed to Zalman Landau at his home address.

8.  Annexed hereto as Exhibit G is a copy of an Affidavit of Zalman Landau.

Dated:  New York, New York
        February 28, 2011

_____
David BenHaim