AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

I, Tandrea Lane, being duly sworn, states as follows: I am over 18 years of age, not a party to the within action, and employed at 14 Penn Plaza, Suite 500, New York, New York 10122. On February 28, 2011, I served the within **Affirmation in Support of the Memorandum of Law in Opposition to Defendant's Motion to Dismiss** upon the persons or parties designated below by mailing a true and complete copy of same in a postage pre-paid envelope, and depositing same in a post office or official depository of the United States Postal Service within New York State, at the last known address of the addressees as set forth herein:

**Andrew P. Fishkind**
**Steven M. Lucks**
**EDWARDS ENGELL PALMER & DODGE LLP**
**750 Lexington Avenue**
**New York, NY 10022**
**Attorneys for Defendant**

_____
Tandrea Lane

Sworn to before me this
28th day of February, 2011

_____
Notary Public

EDWARD FARMAN
Notary Public, State of New York
No. 02FA4789055
Qualified in Nassau County
Commission Expires Oct. 31, 2013