USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-21-11

Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE C FINK FAMILY TRUST BY ITS TRUSTEE ZALMEN LANDAU, | Index No.: 10-cv-9230 (JSR) |
| Plaintiffs, | STIPULATION AND ORDER OF SUBSTITUTION |
| -against- | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that the firm of Fishkin Lucks LLP, The Legal Center, One Riverfront Plaza, Newark, New Jersey 07102 be substituted as attorneys of record for defendant American General Life Insurance Company in the place of Edwards Angell Palmer & Dodge LLP.

Dated: New York, NY
       March 7, 2011

FISHKIN LUCKS LLP
Superseding Attorneys

_____
Andrew P. Fishkin
Steven M. Lucks
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
973.536.2800

EDWARDS ANGELL PALMER
& DODGE LLP
Withdrawing Attorneys

_____
Patricia Kantor
750 Lexington Avenue
New York, NY 10022
212.308.4411

00021195.1

SO ORDERED:

_____
Jed S. Rakoff, U.S.D.J.

Dated: New York, NY
March 21, 2011