UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The C Fink Family Trust by its trustee Zalmen Landau, | Case No.: 10-cv-9230 (JSR) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| American General Life Insurance Co., | |
| Defendant. | |

SIR:

PLEASE TAKE NOTICE, that the plaintiff The C Fink Family Trust by its trustee Zalmen Landau, hereby appear(s) in the above entitled action, and that the undersigned has been retained as Attorney(s) for said plaintiff.

Dated:  March 22, 2011
        New York, New York

> SCHINDEL, FARMAN, LIPSIUS
> GARDNER & RABINOVICH LLP
> Attorneys for Plaintiffs The C Fink Family
> Trust and Trustee Zalmen Landau
>
> BY: _____
>       David BenHaim
> 14 Penn Plaza, Suite 500
> New York, NY  10122
> Telephone No.: (212) 563-1710
> File No.: 4421.0001