USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THE C FINK FAMILY TRUST BY ITS       :
TRUSTEE ZALMEN LANDAU,               :
                                     :
                Plaintiff,           :
                                     :    10 Civ. 9230 (JSR)
        -v-                          :
                                     :         ORDER
AMERICAN GENERAL LIFE INSURANCE      :
COMPANY,                             :
                                     :
                Defendant.           :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Pending before the Court is the motion of defendant American General Life Insurance Company to dismiss the complaint filed in the above-captioned case. After careful consideration, the Court hereby grants the motion in its entirety. However, final judgment will not be entered until the Court issues an Opinion setting forth the reasons for this ruling. In the interim, further proceedings in the case are stayed.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         April ___, 2011